CLOSED, FILE_CREATED, KLH

FILED                    ENTERED
JUDGED                   RECE. VEL

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:04-cv-00372-DRH
### Internal Use Only

JUN 27 2005

AT BALTIMORE
CLERK U.S. DIS. HIGT COURT
DISTRICT OF MARYLAND
BY                                    DEPUT

| | |
|---|---|
| Wiggenhorn v. Equitable Life Assurance Society of the United States | Date Filed: 06/01/2004 |
| | Jury Demand: Both |
| Assigned to: Judge David R Herndon | Nature of Suit: 380 Personal Property: Other |
| Referred to: Mag/Judge Clifford J. Proud | |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Matthew Wiggenhorn**
*individually and on behalf of all others
similarly situated*

represented by   **Amelia F. Burroughs**
Lerach, Coughlin et al. - CA
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Friedman**
Bonnett, Fairbourn et al.
Generally Admitted
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Y Barash**
Korein Tillery - St. Louis
Generally Admitted
701 Market Street
Suite 300
St. Louis, MO 63101
314-241-4844
Email: ebarash@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY: Deborah Reiss
Deputy Clerk
DATE: 6/23/05

**Francis J. Balint, Jr.**
Bonnett, Fairbourn et al.
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100
Email: fbalint@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Zelcs**
Korein Tillery - Chicago
Generally Admitted
70 West Madison Street
Suite 660, 3 First National Plaza
Chicago, IL 60602
312-641-9750
Fax: 312-641-9751
Email: gzelcs@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Stoia, Jr.**
Lerach, Coughlin et al. - CA
Generally Admitted
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: johns@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. King**
Swedlow & King - Chicago
Generally Admitted
70 West Madison Street
Suite 660, Three First National Plaza
Chicago, IL 60602
314-621-4002
Fax: 314-621-2586
Email: robertlking@charter.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Tillery**

Korein Tillery - Swansea
Generally Admitted
10 Executive Woods Court
Swansea, IL 62226-2030
618-277-1180
Email: stillery@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
Lerach, Coughlin et al. - CA
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Doyle, II**
Lerach, Coughlin et al. - CA
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equitable Life Assurance Society of
the United States**
*Amended Complaint filed 6/10/05*
*TERMINATED: 06/10/2005*

represented by **Deborah A. Hawkins**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: dhawkins@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maggie J. Schneider**
Mayer, Brown et al. - Chicago
71 South Wacker Drive
Chicago, IL 60606

312-782-0600
Fax: 312-701-7711
Email:
mschneider@mayerbrownrowe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele Odorizzi**
Mayer, Brown et al. - Chicago
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
Fax: 312-701-7711
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard K. Hunsaker**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rhunsaker@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheila Finnegan**
Mayer, Brown et al. - Chicago
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
Fax: 312-701-7711
Email: sfinnegan@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**AXA Equitable Life Insurance**
**Company**
*formerly known as*
Equitable Life Assurance Society of the
United States

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2004 | ●1 | NOTICE OF REMOVAL by Equitable Life Assurance Society of the United States from Madison County, Illinois State Court, case number 04-L-367. (Filing fee $150.00 - receipt #300 97683 ) (Attachments: # 1 Civil Cover Sheet)(jmp) (Entered: 06/04/2004) |
| 06/01/2004 | ●2 | COMPLAINT against Equitable Life Assurance Society of the United States , filed by Matthew Wiggenhorn.(jmp) (Entered: 06/04/2004) |
| 06/07/2004 | ●3 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Sheila Finnegan for Equitable Life Assurance Society of the United States, Maggie J. Schneider for Equitable Life Assurance Society of the United States. $200.00 fee paid,receipt number 300-97802 (dmw) (Entered: 06/08/2004) |
| 06/09/2004 | ●4 | MOTION for Extension of Time to File Answer by Equitable Life Assurance Society of the United States. (Hunsaker, Richard) (Entered: 06/09/2004) |
| 06/15/2004 | ●5 | ORDER OF RECUSAL. Judge Gerald B. Cohn recused as magistrate judge. Case reassigned to Judge Clifford J. Proud. Signed by Judge Gerald B. Cohn on 6/15/04. (myz ) (Entered: 06/15/2004) |
| 06/28/2004 | ●6 | ORDER granting 4 Motion for Extension of Time to Answer . Signed by Judge Clifford J. Proud on 6/28/04. (dlr ) (Entered: 06/30/2004) |
| 07/02/2004 | ●7 | MOTION to Dismiss by Equitable Life Assurance Society of the United States. Responses due by 8/2/2004 (Attachments: # 1)(Hunsaker, Richard) Attachment #1, Exhibit to Motion to Dismiss rec'd in Clerk's Office on 7/6/04 (jmp) (Entered: 07/02/2004) |
| 07/09/2004 | | ***File Folder Created (jmp) (Entered: 07/09/2004) |
| 07/27/2004 | ●8 | MOTION to Remand by Matthew Wiggenhorn. (Barash, Eugene) Modified on 7/29/2004 (car). (Entered: 07/27/2004) |
| 07/27/2004 | ●9 | MEMORANDUM in Support re 8 MOTION to Remand filed by Matthew Wiggenhorn. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit)(Barash, Eugene) Modified on 7/29/2004 (car). (Entered: 07/27/2004) |
| 07/27/2004 | ●10 | MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss by Matthew Wiggenhorn. (Barash, Eugene) Modified on 7/29/2004 |

| | | |
|---|---|---|
| | | (car). (Entered: 07/27/2004) |
| 08/05/2004 | ●11 | MOTION to Stay *All Proceedings* by Equitable Life Assurance Society of the United States. (Attachments: # 1 # 2 # 3)(Shultz, Robert) (Entered: 08/05/2004) |
| 08/11/2004 | | ***Motions No Longer Referred to Magistrate: 11 MOTION to Stay *All Proceedings* (skp) (Entered: 08/11/2004) |
| 08/12/2004 | ●12 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge David R Herndon for all further proceedings. Signed by Judge William D. Stiehl on 8/12/04. (jkb) (Entered: 08/12/2004) |
| 08/19/2004 | ●13 | MEMORANDUM in Opposition re 11 MOTION to Stay *All Proceedings* filed by Matthew Wiggenhorn. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit)(Barash, Eugene) (Entered: 08/19/2004) |
| 08/23/2004 | ●14 | ORDER denying 10 Motion for Extension of Time to File Response/Reply. Signed by Judge David R Herndon on 8/23/04. (klh) (Entered: 08/23/2004) |
| 08/23/2004 | ●15 | MOTION for Extension of Time to File Response/Reply as to 8 MOTION to Remand by Equitable Life Assurance Society of the United States. (Attachments: # 1 # 2)(Hunsaker, Richard) (Entered: 08/23/2004) |
| 08/24/2004 | ●16 | ORDER denying 15 Motion for Extension of Time to File Response/Reply. Signed by Judge David R Herndon on 8/24/04. (klh) (Entered: 08/24/2004) |
| 08/24/2004 | ●17 | ORDER granting 11 Motion to Stay. Signed by Judge David R Herndon on 8/24/04. (klh) (Entered: 08/24/2004) |
| 08/24/2004 | | ***Set/Clear Flags (klh) (Entered: 08/24/2004) |
| 03/23/2005 | ●18 | MOTION to Lift Stay by Matthew Wiggenhorn. (Barash, Eugene) (Entered: 03/23/2005) |
| 03/23/2005 | ●19 | MOTION to Accelerate Briefing and Hearing on Motions to Lift Stay and Remand by Matthew Wiggenhorn. (Barash, Eugene) Docket text modified on 3/29/2005 (car). (Entered: 03/23/2005) |
| 03/23/2005 | ●20 | MEMORANDUM in Support re 8 MOTION to Remand, 18 MOTION to Lift Stay, 19 MOTION Accelerated Briefing and Hearing on Motions to Lift Stay and Remand filed by Matthew Wiggenhorn. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 # 5 Exhibit # 6 # 7 Exhibit)(Barash, Eugene) (Entered: 03/23/2005) |
| 03/25/2005 | ●21 | RESPONSE to Motion re 18 MOTION to Lift Stay, 19 MOTION Accelerated Briefing and Hearing on Motions to Lift Stay and Remand filed by Equitable Life Assurance Society of the United States. (Attachments: # 1 Affidavit Affidavit of Maggie Schneider)(Shultz, Robert) (Entered: 03/25/2005) |

| 03/31/2005 | ❶22 | REPLY to Response to Motion re 18 MOTION to Lift Stay, 19 MOTION Accelerated Briefing and Hearing on Motions to Lift Stay and Remand filed by Matthew Wiggenhorn. (King, Robert) (Entered: 03/31/2005) |
|---|---|---|
| 04/04/2005 | ❶23 | ORDER denying 18 Motion to Lift Stay and denying 19Motion to accelerate briefing. Signed by Judge David R Herndon on 4/4/05. (klh) (Entered: 04/04/2005) |
| 04/08/2005 | ❶24 | *ENTRY STRICKEN* Motion to Dismiss by Equitable Life Assurance Society of the United States. Responses due by 5/9/2005 (Attachments: # 1)(Hunsaker, Richard) Additional attachment(s) added and text modified on 4/12/2005 (car). (Entered: 04/08/2005) |
| 04/12/2005 | ❶25 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 24 Motion to Dismiss filed by Equitable Life Assurance Society of the United States. See attached document for specifics (car) (Entered: 04/12/2005) |
| 04/12/2005 | | ***striking 24 MOTION to Dismiss filed by Equitable Life Assurance Society of the United States. (car) (Entered: 04/12/2005) |
| 04/12/2005 | ❶26 | MOTION for Order to *Grant Motion to Dismiss and Deny Motion to Remand*, MOTION to Set Briefing Schedule by Equitable Life Assurance Society of the United States. (Attachments: # 1)(Hunsaker, Richard) (Entered: 04/12/2005) |
| 05/19/2005 | ❶27 | ORDER LIFTING STAY. Signed by Judge David R Herndon on 5/19/05. (klh) (Entered: 05/19/2005) |
| 05/19/2005 | ❶ | Suppl Brief ddl set 6/1/2005. (tjh) (Entered: 05/23/2005) |
| 06/01/2005 | ❶28 | RESPONSE *to Court's May 19, 2005 Order* filed by Matthew Wiggenhorn. (King, Robert) (Entered: 06/01/2005) |
| 06/02/2005 | ❶29 | NOTICE by Matthew Wiggenhorn *of Filing of First Amended Complaint Without Leave of Court Pursuant to Federal Rule 15(a)* (Zelcs, George) (Entered: 06/02/2005) |
| 06/02/2005 | ❶30 | ENTRY STRICKEN BY ORDER AT DOC. #31: AMENDED COMPLAINT against Equitable Life Assurance Society of the United States, filed by Matthew Wiggenhorn.(Zelcs, George) Modified on 6/6/2005 (dmw). (Entered: 06/02/2005) |
| 06/03/2005 | ❶31 | ORDER STRIKING FIRST AMENDED COMPLAINT 30. Signed by Judge David R Herndon on 6/3/05. (klh) (Entered: 06/03/2005) |
| 06/03/2005 | ❶32 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 29 Notice (Other) filed by Matthew Wiggenhorn and 30 Amended Complaint filed by Matthew Wiggenhorn. See attached document for specifics (dmw) (Entered: 06/03/2005) |
| 06/08/2005 | ❶33 | AMENDED COMPLAINT against Equitable Life Assurance Society of the United States, filed by Matthew Wiggenhorn.(Zelcs, George) (Entered: |

|  |  | 06/08/2005) |
|---|---|---|
| 06/09/2005 | ●34 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 33 Amended Complaint filed by Matthew Wiggenhorn. See attached document for specifics (dmw) (Entered: 06/09/2005) |
| 06/10/2005 | ●35 | NOTICE by Matthew Wiggenhorn *of filing of First Amended Complaint* (King, Robert) (Entered: 06/10/2005) |
| 06/10/2005 | ●36 | AMENDED COMPLAINT against all defendants, filed by Matthew Wiggenhorn.(King, Robert) (Entered: 06/10/2005) |
| 06/13/2005 | ●37 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 36 Amended Complaint filed by Matthew Wiggenhorn. See attached document for specifics (myz ) (Entered: 06/13/2005) |
| 06/21/2005 | ●38 | RESPONSE to 28 Response *filed by plaintiff per Court Order of May 19, 2005* filed by Equitable Life Assurance Society of the United States. (Attachments: # 1)(Hunsaker, Richard) (Entered: 06/21/2005) |
| 06/23/2005 | ●39 | Preliminary TRANSFER ORDER . Signed by Chairman of the Judicial Panel on Multidistrict Litigation on 6/16/05. (Attachment: # 1 Letter)(dmw) (Entered: 06/23/2005) |
| 06/23/2005 | ●40 | TRANSFER ORDER (Certified Copy): Case transferred to District of Maryland.. Signed by Chairman of Judicial Panel on Multidistrict Litigation on 6/16/05. (Attachment: # 1 Cover Letter from District of Maryland)(dmw) (Entered: 06/23/2005) |
| 06/23/2005 | ●41 | Letter to District of Maryland (dmw) (Entered: 06/23/2005) |



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

**Norbert G. Jaworski**
**Clerk of Court**

June 23, 2005

FILED     ENTERD
LODGED    RECEIVE

JUN 27 2005

AT P
CLERK U.S.      TIMORE
BY   DISTRICT   S HIGT COURT
                MARYLAND
                        DEPI

United States District Court
District of Maryland
Northern Division
4415 U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

RE: Matthew Wiggenhorn v. Equitable Life Assurance
    SDIL Case No.: 04-372-DRH
    MDL No.: MDL 1586 (Your Civil No. 05-1674)

Dear Clerk:

    Please be advised that a certified copy of the Transfer Order has been received from your district. Therefore, the above entitled action is transferred to your district for further proceedings pursuant to the rules of Procedure of the Judicial Panel on Multidistrict Litigation.

    Enclosed is a certified copy of the docket sheet as requested.

    Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

            Sincerely,

            Norbert G. Jaworski, Clerk

            By:   _s/ Deborah Weiss_
                Deputy Clerk

Enclosures

            Receipt Acknowledged on:
            By:_____

CV-24 (6/04)