# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | ) | MDL 1586 |
| | ) | |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PUTNAM, and ALLIANZ DRESDNER | ) ) | Track No. 04-MD-15863 (Judge J. Frederick Motz) |
| | ) | |
| MATTHEW WIGGENHORN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:05-CV-01674-JFM |
| AXA EQUITABLE LIFE INSURANCE COMPANY f/k/a EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Matthew Wiggenhorn, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment entered on the 1st day of June, 2006.

    s/ Robert L. King
Robert L. King
701 Market Street, Suite 350
St. Louis, MO 63101
Phone: (314) 621-4002
Fax: (314) 621-2586
E-mail: king@swedlowking.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on June 30, 2006 to the following counsel of record:

| | |
|---|---|
| **Michele Odorizzi** | **Margaret J. Schneider** |
| Mayer, Brown et al. | Mayer, Brown et al. |
| 190 South LaSalle Street | 190 South LaSalle Street |
| Suite 3900 | Suite 3900 |
| Chicago, IL 60603-3441 | Chicago, IL 60603-3441 |
| **modorizzi@mayerbrownrowe.com** | **mschneider@mayerbrownrowe.com** |

                                                            s/ Robert L. King
                                                         Robert L. King